# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**JEREMY A. FRENCH,**

    Petitioner,

v.                                       Case No. 3:19cv408-LC/CAS

**STATE OF FLORIDA,**

    Respondent.

_____/

## **ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 23) that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed by Jeremy A. French pursuant to 28 U.S.C. 2254 is **DENIED**. Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** this 20th day of February, 2020.

*s/ L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**